FILED
'08 FEB -4 PM 2:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____CP____ DEPUTY

1 | **WORTHE HANSON & WORTHE**
A Law Corporation
2 | 1851 East First Street, Ninth Floor
Santa Ana, California 92705
3 | Telephone (714) 285-9600
Facsimile (714) 285-9700
4 | jworthe@whwlawcorp.com
tworthe@whwlawcorp.com
5 |
6 | JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452
7 | Attorneys for Defendant, GROHE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**EDWARD J. SCHWARTZ COURTHOUSE**

BY FAX

08 CV 0207 JLS WMc

| AMCO INSURANCE COMPANY, | ) | Case No. |
| Plaintiff, | ) | (SDSC Case No. 37-2007-00072924-CU-PL-CTL) |
| v. | ) | |
| GROHE AMERICA, INC., AND DOES 1 TO 25, INCLUSIVE, | ) | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446(b) AND 28 U.S.C. § 1441(b) [DIVERSITY]** |
| Defendants. | ) | |
| | ) | Complaint Filed: August 10, 2007 |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

**PLEASE TAKE NOTICE** that Defendant, GROHE AMERICA, INC. hereby removes to this Court the State Court Action described below.

1. Defendant, GROHE AMERICA, INC., hereby invokes the jurisdiction of this Court based upon the provisions of 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446, on the basis of diversity of citizenship.

///

///

1

ORIGINAL

2. On August 10, 2007, an action was commenced in the Superior Court of the State of California in and for the County of San Diego, entitled "AMCO Insurance Company v. Grohe America, Inc. and Does 1 to 25, Inclusive" as Case No. 37-2007-00072924-CU-PL-CTL. A copy of Plaintiff's Complaint is attached hereto as **Exhibit "A."**

3. The Summons and Complaint, along with a Statement of Damanges were served upon Defendant, GROHE AMERICA, INC. on January 3, 2007, as evidenced by the Service of Process Transmittal attached hereto as **Exhibit "B."**

4. The Statement of Damages was the first document from which this case could be removed. The Statement of Damages sets forth at paragraph 2(l), "Insurance Subrogation Damages in the amount of $250,000.00," therefore the amount in controversy exceeds $75,000.00. A true and correct copy of the Statement of Damages is attached hereto as **Exhibit "C."**

5. Pursuant to 28 U.S.C. § 1446(b), defendant has thirty (30) days from the date it received the Statement of Damages, January 3, 2007, to remove this matter to the United States District Court for the Southern District of California.

6. This is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, as evidenced by Exhibit "C."

7. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, and is between citizens of different states.

8. Defendant is informed and believes that Plaintiff, AMCO INSURANCE COMPANY, was, and at the time of the filing of this action, and still is, incorporated under the laws of the State of Delaware, having its principal place of business at Columbus within the State of Ohio.

///

9. Defendant, GROHE AMERICA, INC. was, and at the time of the filing of this action, and still is, incorporated under the laws of the State of Delaware, having its principal place of business at 241 Covington Drive, Bloomingdale within the State of Illinois. GROHE AMERICA, INC. conducts most of its activity in the State of Illinois, as its administrative operations departments are based in the State of Illinois and is most visible and impacts the public in the State of Illinois. The majority of GROHE AMERICA, INC.'S employees are within the State of Illinois, its tangible property is located in the State of Illinois and its central location is located at Bloomingdale within the State of Illinois.

10. Defendant, GROHE AMERICA, INC. respectfully asserts and under the place of operations test, the State of Illinois contains a substantial predominance of GROHE AMERICA, INC.'S business activities and is thus the principal place of business for GROHE AMERICA, INC.. Further, given GROHE AMERICA, INC.'S Illinois location of its headquarters and operations, even if the Court were to use the nerve center test, GROHE AMERICA, INC.'S principal place of business is in the State of Illinois.

11. Accordingly, the United States District Court for the Southern District of California has diversity jurisdiction, and this action is properly removed pursuant to 28 U.S.C., §1441(b), et seq.

DATED: February 4, 2008

WORTHE HANSON & WORTHE

By:_____
TODD C. WORTHE, ESQ.
Attorneys for Defendant, GROHE AMERICA, INC.

EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

GROHE AMERICA, INC.,
DOES 1 TO 25

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

AMCO INSURANCE COMPANY

CALENDERED
HRG:
DUE: 2415X
INITIALS:

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

2007 AUG 10 PM 3:19

SAN DIEGO COUNTY, CA

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SAN DIEGO COUNTY SUPERIOR COURT
330 WEST BROADWAY
SAN DIEGO, CA 92101

CASE NUMBER:
*(Número del Caso):*

CALENDERED
HRG:

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
MICHAEL J. WISE (SBN 171836)/BRENNAN WISE LAW GROUP    (916)498-1776 TELEPHONE
901 H STREET, SUITE 503, SACRAMENTO, CA 95814           (916)442-8474 FACSIMILE

DATE: AUG 10 2007                       Clerk, by _____, Deputy
*(Fecha)*                               *(Secretario)* M. BOTERO  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

   GROHE AMERICA INC
3. ☒ on behalf of *(specify):*
   under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 1/3/08

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. www.USCourtForms.com

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MICHAEL J. WISE (SBN 171836)<br>BRENNAN WISE LAW GROUP<br>901 H Street, Suite 503, Sacramento, CA 95814<br>Sacramento, CA 95814<br>TELEPHONE NO: (916)498-1776   FAX NO. (Optional): (916)442-8474<br>E-MAIL ADDRESS (Optional): mike@brennanwise.com<br>ATTORNEY FOR (Name): Plaintiff AMCO Insurance Company | 2007 AUG 10 PM 3: 20<br>SAN DIEGO COUNTY, CA |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: San Diego, CA 92101
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF: AMCO Insurance Company

DEFENDANT: Grohe America, Inc.

[✓] DOES 1 TO 25

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [✓] OTHER (specify):
[ ] Property Damage   [ ] Wrongful Death
[ ] Personal Injury   [✓] Other Damages (specify): Indemnification

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded   [ ] does not exceed $10,000
                  [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 37-2007-00072924-CU-PL-CTL

1. Plaintiff (name or names): AMCO Insurance Company
   alleges causes of action against defendant (name or names):
   Grohe America
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [✓] except plaintiff (name): AMCO Insurance Company
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [✓] other (specify): Subsidiary of Nationwide Insurance, a private mutual insurance company
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: AMCO v. GROHE | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Grohe America, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1-25 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]     COMPLAINT—Personal Injury, Property Damage, Wrongful Death     Page 2 of 3

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| AMCO v. GROHE | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☑ Other *(specify)*:
        Subrogation

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☐ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: August 6, 2007

Michael J. Wise, Esq.
(TYPE OR PRINT NAME)                    ▶ *(signature)*
                                        (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]       **COMPLAINT—Personal Injury, Property          Page 3 of 3
                                        Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE: AMCO v. GROHE | CASE NUMBER: |
|---|---|

ONE (1) _____ CAUSE OF ACTION—General Negligence   Page __4__
       (number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* AMCO Insurance Company

alleges that defendant *(name):* Grohe America, Inc.

[✓] Does  1  to  25

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* OCTOBER 20, 2004
at *(place):* LA JOLLA, CALIFORNIA

*(description of reasons for liability):*

Plaintiff AMCO Insurance Company insured property owned by Deborah Guss located at 8365 Dunaway Drive, La Jolla, California. The property was damaged extensively by water and mold when the shower valve system failed. Plaintiff AMCO indemnified Deborah Guss in the amount of $176,247.72 to repair her property.

The failure of the shower valve system is attributed to improper design and assembly of a service valve manufactured by defendant Grohe America, Inc. Due to defendant's negligence, the snap ring had not been adequately inserted into its mating grove in the body of the service valve and allowed water pressure to expel the plug from the valve. Defendant's improper design, manufacture, and assembly of the shower service valve caused a large uncontrolled release of water and resultant mold throughout the residence of plaintiff's insured.

Plaintiff seeks reimbursement of $176,247.72 from defendant Grohe America, Inc.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(5)

| SHORT TITLE: AMCO v. GROHE | CASE NUMBER: |
|---|---|

**2**_____ **CAUSE OF ACTION—Products Liability**   Page ___5___
   (number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* AMCO Insurance Company

Prod. L-1. On or about *(date):* October 20, 2004   plaintiff was injured by the following product:
Grohe snap ring, a component of the left service valve attached to the inlet of the central flow control valve assembly

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
   [✓] used in the manner intended by the defendants.
   [ ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
   [ ] purchaser of the product.    [ ] user of the product.
   [ ] bystander to the use of the product.   [✓] other *(specify):*
       intended user.

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [✓] **Count One—Strict liability** of the following defendants who
   a. [✓] manufactured or assembled the product *(names):*
      GROHE AMERICA, INC.
      [✓] Does 1 to 25
   b. [ ] designed and manufactured component parts supplied to the manufacturer *(names):*

      [ ] Does 1 to 25
   c. [✓] sold the product to the public *(names):*
      GROHE AMERICA, INC.
      [✓] Does 1 to 25

Prod. L-5. [✓] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
   GROHE AMERICA, INC.
   [✓] Does 1 to 25

Prod. L-6. [✓] **Count Three—Breach of warranty** by the following defendants *(names):*
   GROHE AMERICA, INC.
   [✓] Does 1 to 25
   a. [✓] who breached an implied warranty
   b. [ ] who breached an express warranty which was
      [ ] written   [ ] oral

Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   [ ] listed in Attachment-Prod. L-7 [ ] as follows:

Page 1 of 1

Form Approved for Optional Use   CAUSE OF ACTION—Products Liability   Code of Civil Procedure, § 425.12
Judicial Council of California   www.courtinfo.ca.gov
PLD-PI-001(5) [Rev. January 1, 2007]

American LegalNet, Inc.
www.FormsWorkflow.com

EXHIBIT B

# NATIONAL REGISTERED AGENTS, INC.

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: ROBERT WILLSON
BAKER & MCKENZIE LLP
ONE PRUDENTIAL PLAZA
130 E. RANDOLPH STREET, STE 3300
CHICAGO, IL 60601-

SOP Transmittal # **DE28213**

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: GROHE NEWCO CORP.(Served as grohe america Inc)
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of **DELAWARE** on this **3** day of **January**, **2008**. The following is a summary of the document(s) received:

1. Title of Action: grohe america, Inc., does 1 to 25 vs. amco insurance company

2. Document(s) served:

   - **X** Summons
   - **X** Complaint
   - __ Petition
   - __ Garnishment
   - __ Subpoena
   - __ Third Party Complaint
   - __ Demand for Jury Trial
   - __ Default Judgement
   - __ Injunction
   - __ Notice of
   - __ Mechanics Lien
   - __ Other:

3. Court of Jurisdiction/ superior court, san diego county, california
   Case & Docket Number: 37-2007-00072924-cu-pl-ctl

4. Amount Claimed, if any: $176247.72

5. Method of Service (select one):
   - **X** Personally served by: **X** Process Server   __ Deputy Sheriff   __ U. S Marshall
   - __ Delivered Via:   __ Certified Mail   __ Regular Mail   __ Facsimile
     (Envelope enclosed)   (Envelope enclosed)
   - __ Other (Explain):

6. Date and Time of Service: 1/3/2008 4:27:50 PM EST (GMT -5)

7. Appearance/Answer Date: 30 Days

8. Plaintiff's Attorney: michael j wise
   (Name, Address & Telephone Number) brennan wise law group
   901 h street ste503
   sacramento, ca 95814
   916.498.1776

9. Federal Express Airbill # 790417406091

10. Call Made to: VM - robert

11. Special Comments:

NATIONAL REGISTERED AGENTS, INC.   Copies To:

Transmitted by: Debbie Sealund

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL

**EXHIBIT C**

- DO NOT FILE WITH THE COURT -
- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

CIV-050

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and Address):
TELEPHONE NO.: (949)553-1359

Robert J. Harker, Esq., SBN 213440
LAW OFFICES OF GOATES & BEAVERS
1201 Dove Street, Suite 300
Newport Beach, CA 92660

**ATTORNEY FOR** (name): Plaintiff, AMCO INSURANCE COMPANY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME:

PLAINTIFF: AMCO INSURANCE COMPANY
DEFENDANT: GROHE AMERICA

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 37-2007-00072924-CU-PL-CTL

To (name of one defendant only): GROHE AMERICA, INC.
Plaintiff (name of one plaintiff only): AMCO INSURANCE COMPANY
seeks damages in the above-entitled action, as follows:

1. **General damages**                                                                                                    AMOUNT
   a. ☐ Pain, suffering, and inconvenience ............................................ $ _____
   b. ☐ Emotional distress ......................................................... $ _____
   c. ☐ Loss of consortium ........................................................ $ _____
   d. ☐ Loss of society and companionship (wrongful death actions only) ............. $ _____
   e. ☐ Other (specify) ........................................................... $ _____
   f. ☐ Other (specify) ........................................................... $ _____
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☐ Medical expenses (to date) ................................................ $ _____
   b. ☐ Future medical expenses (present value) .................................... $ _____
   c. ☐ Loss of earnings (to date) ................................................ $ _____
   d. ☐ Loss of future earning capacity (present value) ............................ $ _____
   e. ☐ Property damage .......................................................... $ _____
   f. ☐ Funeral expenses (wrongful death actions only) ............................. $ _____
   g. ☐ Future contributions (present value) (wrongful death actions only) .......... $ _____
   h. ☐ Value of personal service, advice, or training (wrongful death actions only)  $ _____
   i. ☒ Other (specify) Insurance Subrogation Damages ............................. $ 250,000.00
   j. ☐ Other (specify) .......................................................... $ _____
   k. ☐ Continued on Attachment 2.k.

3. ☐ Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of (specify) .$ _____
   when pursuing a judgment in the suit filed against you.

Date: December 20, 2007

Robert J. Harker, Esq.
(TYPE OR PRINT NAME)                            ▶ /s/ Robert J. Harker
                                                (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                                       Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev January 1, 2007]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Legal Solutions Plus

Code of Civil Procedure, §§ 425.11, 425.115

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

On February 4, 2008, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446(b) AND 28 U.S.C. § 1441(b) [DIVERSITY]** to all interested parties in said action by:

☐ BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine. Fax Number(s):

☐ BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☒ BY MAIL as follows:
  ☒ placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
  ☐ I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
  ☒ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐ ____ STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ ____ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 4, 2008, at Santa Ana, California.

*/s/ Michelle L. Rigley*
MICHELLE L. RIGLEY

PROOF OF SERVICE

| | |
|---|---|
| 1 | **SERVICE LIST**<br>AMCO INSURANCE V. GROHE AMERICA |
| 2 | |
| 3 | John F. Rutan, Jr.<br>Law Offices of Goates & Beavers |
| 4 | 1201 Dove Street, Suite 300<br>Newport Beach, CA 92660 |
| 5 | (949) 553-1359<br>**ATTORNEYS FOR PLAINTIFF** |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROOF OF SERVICE

```
        UNITED STATES
        DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

       # 147187      - SR
       * * C O P Y * *
       February 04, 2008
            10:54:44


       Civ Fil Non-Pris
   USAO #.: 08CV0207 CIV. FIL.
   Judge..: JANIS L. SANMARTINO
   Amount.:              $350.00 CK
   Check#.: BC#207521



   Total-> $350.00



   FROM: AMCO INS. CO. V. GROHE AMERICA
         CIVIL FILING
```

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
AMCO INSURANCE COMPANY

**DEFENDANTS**
GROHE AMERICA, INC.

(b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Ohio

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Illinois

(c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
JOHN F. RUTAN, JR., SBN 120266
LAW OFFICES OF GOATES & BEAVERS
1201 DOVE STREET, SUITE 300
NEWPORT BEACH, CA 92660 (949) 553-1359

Attorneys (If Known)  08 CV 0207 JLS WMc
TODD C. WORTHE, ESQ.; SBN 177452
WORTHE HANSON & WORTHE, A LAW CORPORATION
1851 E. FIRST STREET, 9th FLOOR
SANTA ANA, CALIFORNIA 92705 (714) 285-9600

BY FAX

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☑ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION** under F.R.C.P. 23: ☐ Yes ☐ No ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Sections 1332, 1441(b) and 1446(b) - Diversity, amount in controversy above $75,000.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | |
| ☐ 810 Selective Service | | ☐ 350 Motor Vehicle | | | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| | | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☑ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (07/05)    # 147187  2/4/08    CIVIL COVER SHEET    Page 1 of 2
$350    ORIGINAL

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☒ No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
  Plaintiff, AMCO INSURANCE COMPANY, Ohio

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
  Defendant, GROHE AMERICA, INC., Illinois

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
  SAN DIEGO

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   FEBRUARY 4, 2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |