```
WORTHE HANSON & WORTHE
       A Law Corporation
1851 East First Street, Ninth Floor
    Santa Ana, California 92705
      Telephone (714) 285-9600
       Facsimile (714) 285-9700
       jworthe@whwlawcorp.com
       tworthe@whwlawcorp.com
```

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, GROHE AMERICA, INC.

FILED
08 FEB -4 AM 10:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CF       DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### EDWARD J. SCHWARTZ COURTHOUSE

BY FAX

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GROHE AMERICA, INC., AND DOES 1 TO 25, INCLUSIVE,<br><br>    Defendants. | Case No. CV 0207 JLS WMc<br>(SDSC Case No. 37-2007-00072924-CU-PL-CTL)<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: August 10, 2007 |

  **JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

  Defendant **GROHE AMERICA, INC.** hereby demands trial by jury in this action.

DATED: February 4, 2008        **WORTHE HANSON & WORTHE**

                  By: _____
                     TODD C. WORTHE, ESQ.
                     Attorneys for Defendant, GROHE AMERICA, INC.

1

 ORIGINAL

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                                )ss
COUNTY OF ORANGE )

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

      On February 4, 2008, I served the foregoing document described as **DEMAND FOR JURY TRIAL** to all interested parties in said action by:

☐     BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine. Fax Number(s):

☐     BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☒     BY MAIL as follows:
        ☒     placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
        ☐     I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
        ☒     I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐     BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐ ____ STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ ____ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 4, 2008, at Santa Ana, California.

MICHELLE L. RIGLEY

**SERVICE LIST**
AMCO INSURANCE V. GROHE AMERICA

John F. Rutan, Jr.
Law Offices of Goates & Beavers
1201 Dove Street, Suite 300
Newport Beach, CA 92660
(949) 553-1359
**ATTORNEYS FOR PLAINTIFF**