UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GROHE AMERICA, INC. AND DOES 1 TO ) <br> 25, INCLUSIVE, ) <br> ) <br> Defendants. ) | Case No. 08-CV-207 JLS (WMc) <br><br> **ORDER GRANTING REQUEST TO EXCUSE PERSONAL ATTENDANCE AT EARLY NEUTRAL EVALUATION CONFERENCE** |

The Court has received Defendant Grohe America, Inc.'s letter request to have its client representative excused from personal attendance at the Early Neutral Evaluation Conference ("ENE") scheduled for March 7, 2008. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's client representative is excused from personal attendance at the ENE in this matter, and shall instead appear by telephone. Attorney Todd C. Worthe shall appear in person at the ENE. Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: February 25, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE JANIS L. SAMMARTINO, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD