049 250 5555     JAMES AND BEAVERS     Nationwide Insurance     12:19 p.m     09-20-2007     3 /3

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JOHN F. RUTAN, JR., SBN 120266<br>LAW OFFICES OF GOATES & BEAVERS<br>1201 DOVE STREET, SUITE 300<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: 949-553-1359   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff, AMCO INSURANCE COMPANY | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
  STREET ADDRESS: 330 WEST BROADWAY
  MAILING ADDRESS:
  CITY AND ZIP CODE: SAN DIEGO, CA 92101
  BRANCH NAME:

CASE NAME: AMCO INSURANCE COMPANY v. GROHE AMERICA

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>37-2007-00072924-CU-PL-CTL    BY FAX |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): AMCO INSURANCE COMPANY   makes the following substitution:
1. Former legal representative   ☐ Party represented self   ☒ Attorney (name): Michael J. Wise
2. New legal representative   ☐ Party is representing self*   ☒ Attorney John F. Rutan, Jr.
   a. Name: LAW OFFICES OF GOATES & BEAVERS   b. State Bar No. (if applicable): 120266
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      1201 Dove Street, Suite 300
      Newport Beach, CA 92660
   d. Telephone No. (include area code): (949) 250-5555
3. The party making this substitution is a   ☒ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other (specify):
   AMCO INSURANCE COMPANY

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.                                              AMCO INSURANCE COMPANY
   Date:

   Doug Pippert, Representative for                                            ▶ /s/ Doug Pippert
   _____                                            _____
   (TYPE OR PRINT NAME)                                                          (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.                                            BRENNAN WISE LAW GROUP
   Date:
                                                                                 ▶
   Michael J. Wise, Esq.                                                         _____
   (TYPE OR PRINT NAME)                                                          (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.   9/20/07                                   LAW OFFICES OF GOATES & BEAVERS
   Date:
                                                                                 ▶ /s/ John F. Rutan, Jr.
   John F. Rutan, Jr., Esq.                                                      _____
   (TYPE OR PRINT NAME)                                                          (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                                                  Page 1 of 2

Form Adopted For Mandatory Use          SUBSTITUTION OF ATTORNEY—CIVIL    Legal Solutions Plus   Code of Civil Procedure, §§ 284(1), 285
Judicial Council of California                  (Without Court Order)                             Cal. Rules of Court, rule 3.1362
MC-050 [Rev. January 1, 2007]

Case 3:08-cv-00207-JLS-WMC   Document 8   Filed 02/27/2008   Page 2 of 4

Rx Date/Time    SEP-24 '07(MON) 12:35    949 250  5    P.003
949 250 5555    JAMES AND BEAVE    Nationwide Insurance    1 :41 p.m.   09-24-2007    3/3

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| JOHN F. RUTAN, JR., SBN 120266<br>LAW OFFICES OF GOATES & BEAVERS<br>1201 DOVE STREET, SUITE 300<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: 949-553-1359   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff, AMCO INSURANCE COMPANY | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 WEST BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME:

CASE NAME: AMCO INSURANCE COMPANY v. GROHE AMERICA

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>37-2007-00072924-CU-PL-CTL |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name)*: AMCO INSURANCE COMPANY makes the following substitution:
1. Former legal representative  ☐ Party represented self  ☒ Attorney *(name)*: Michael J. Wise
2. New legal representative  ☐ Party is representing self*  ☒ Attorney John F. Rutan, Jr.
   a. Name: LAW OFFICES OF GOATES & BEAVERS  b. State Bar No. *(if applicable)*: 120266
   c. Address *(number, street, city, ZIP, and law firm name, if applicable)*:
      1201 Dove Street, Suite 300
      Newport Beach, CA 92660
   d. Telephone No. *(include area code)*: (949) 250-5555
3. The party making this substitution is a  ☒ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other *(specify)*:
   AMCO INSURANCE COMPANY

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.                                    AMCO INSURANCE COMPANY
   Date:

   Doug Pippert, Representative for                     ▶
   (TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date:                                                                          BRENNAN WISE LAW GROUP

   Michael J. Wise, Esq.                                ▶
   (TYPE OR PRINT NAME)                                         (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.  9/20/07                  LAW OFFICES OF GOATES & BEAVERS
   Date:
   John F. Rutan, Jr., Esq.
   (TYPE OR PRINT NAME)                                         (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                                                  Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)

Legal Solutions Plus

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| JOHN F. RUTAN, JR., SBN 120266<br>LAW OFFICES OF GOATES & BEAVERS<br>1201 DOVE STREET, SUITE 300<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: 949-553-1359  FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff, AMCO INSURANCE COMPANY | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 WEST BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME:
CASE NAME: AMCO INSURANCE COMPANY v. GROHE AMERICA

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>37-2007-00072924-CU-PL-CTL |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name)*: AMCO INSURANCE COMPANY   makes the following substitution:
1. Former legal representative  ☐ Party represented self  [X] Attorney *(name)*: Michael J. Wise
2. New legal representative  ☐ Party is representing self*  [X] Attorney John F. Rutan, Jr.
   a. Name: LAW OFFICES OF GOATES & BEAVERS   b. State Bar No. *(if applicable)*: 120266
   c. Address *(number, street, city, ZIP, and law firm name, if applicable)*:
      1201 Dove Street, Suite 300
      Newport Beach, CA 92660
   d. Telephone No. *(include area code)*: (949) 250-5555
3. The party making this substitution is a  [X] plaintiff  ☐ defendant  ☐ petitioner  ☐ respondent  ☐ other *(specify)*:
   AMCO INSURANCE COMPANY

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.              AMCO INSURANCE COMPANY
   Date:

   Doug Pippert, Representative for                 ▶
   (TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY)

5. [X] I consent to this substitution.
   Date:                                          BRENNAN WISE LAW GROUP

   Michael J. Wise, Esq.                             ▶
   (TYPE OR PRINT NAME)                              (SIGNATURE OF FORMER ATTORNEY)

6. [X] I consent to this substitution. 9/20/07   LAW OFFICES OF GOATES & BEAVERS
   Date:                                          */s/ John F. Rutan, Jr.*
   John F. Rutan, Jr., Esq.
   (TYPE OR PRINT NAME)                              (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                    Page 1 of 2

| Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2007] | SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | Legal<br>Solutions<br>Plus | Code of Civil Procedure, §§ 284(1), 285,<br>Cal. Rules of Court, rule 3.1362 |

MC-050

| CASE NAME: AMCO INSURANCE CO v. GROHE AMERICA | CASE NUMBER: 37-2007-00072924-CU-PL-CTL |

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

*Instructions: After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred  My residence or business address is *(specify)*: 1201 Dove Street, Suite 300, Newport Beach, CA 92660

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

    (1) Date of mailing: December 11, 2007      (2) Place of mailing *(city and state)*: Newport Beach, CA

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Date: December 11, 2007

    Leslie Boyer                                                              */s/ Leslie Boyer*
    (TYPE OR PRINT NAME)                                              (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4.  a. Name of person served: Michael J. Wise, Esq.
    b. Address *(number, street, city, and ZIP)*: 901 H Street, Suite 503, Sacramento, CA 95814

    c. Name of person served:
    d. Address *(number, street, city, and ZIP)*:

    e. Name of person served:
    f. Address *(number, street, city, and ZIP)*:

    g. Name of person served:
    h. Address *(number, street, city, and ZIP)*:

    i. Name of person served:
    j. Address *(number, street, city, and ZIP)*:

    ☐ List of names and addresses continued in attachment.

MC-050 [Rev. January 1, 2007] | **SUBSTITUTION OF ATTORNEY—CIVIL** (Without Court Order) | Page 2 of 2