UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, ) | Case No. 08-CV-207 JLS (WMc) |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| GROHE AMERICA, INC. AND DOES 1 TO ) 25, INCLUSIVE, ) | |
| Defendants. ) | |

The Court has received Plaintiff Amco Insurance Co's letter request to require Defendant's client representative to make an in-person appearance at the Early Neutral Evaluation Conference ("ENE") or in the alternative, require Defendant's client representative to be present "on a conference call during the session."

In its February 25, 2008 Order, the Court ordered that Defendant's client representative "shall instead appear by telephone." [Doc. No. 7.] Accordingly, the Court has already ordered Defendant's client representative to be present by telephone for the duration of the ENE. This means that Defendant's client representative must participate telephonically at all times during the ENE process on March 7, 2008.

The Court wishes to advise all the parties that a personal appearance by client representatives is also required at the Case Management Conference ("CMC"), which is typically scheduled to occur 45 days after the ENE. Requests to appear telephonically at the CMC are not considered by

1 | the Court where a party has already been afforded the opportunity to participate telephonically at
2 | the ENE.
3 | **IT IS SO ORDERED.**
4 | DATED: February 28, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE JANIS L. SAMMARTINO, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD