```
ROBERT J. HARKER, ESQ. (SBN213440)
LAW OFFICES OF GOATES & BEAVERS
1201 Dove Street, Ste 300
Newport Beach, CA 92660
Telephone: (949) 250-5551
Facsimile:  (949) 250-5555
(Our File No. 07-439)

Attorneys for Plaintiff AMCO INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EDWARD J. SCHWARTZ COURTHOUSE

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GROHE AMERICA, INC., DOES 1 TO 25 inclusive,<br><br>Defendants. | Case No. 08-CV-207JLS (WMc)<br>(SDSC Case No. 37-2007-00072924-CU-PL-CTL)<br><br>PLAINTIFF AMCO INSURANCE COMPANY'S NOTICE OF SUBSTITUTION OF ATTORNEYS |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

Plaintiff AMCO INSURANCE COMPANY (hereinafter "AMCO" or "Plaintiff") has hereby substituted Robert J. Harker, Esq. (SBN 213440) of the Law Offices of Goates & Beavers in the place and stead of John F. Rutan Jr., Esq. (SBN 120266) of the Law Offices of Goates & Beavers as its counsel of record.

///

Mr. Harker's contact information is:

>LAW OFFICES OF GOATES & BEAVERS
>1201 Dove Street, Suite 300
>Newport Beach, California 92660
>Telephone: (949) 250-5551 (direct)
>Facsimile: (949) 250-5537

All other information remains the same.

Dated: February 28, 2008                LAW OFFICES OF GOATES & BEAVERS

By _____
ROBERT J. HARKER
Attorneys for Plaintiff
AMCO INSURANCE COMPANY

PLAINTIFF AMCO INSURANCE COMPANY'S NOTICE OF SUBSTITUTION OF ATTORNEYS
Case No. 08-CV-207JLS (WMc)

# PROOF OF SERVICE BY MAIL (1013a, 2015.5 C.C.P.)
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 1201 Dove Street, Suite 300, Newport Beach, CA 92660.

On February 28, 2008, I served the within **PLAINTIFF AMCO INSURANCE COMPANY'S NOTICE OF SUBSTITUTION OF ATTORNEY,** addressed to the following parties in this matter:

| | |
|---|---|
| Jeffrey A. Worthe, Esq.<br>Todd C. Worthe, Esq.<br>Worthe Hanson & Worthe<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705<br>Tel: (714) 285-9600<br>Fax: (714) 285-9700 | Counsel for Defendant GROHE AMERICA, INC. |

_X____ BY MAIL: I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Newport Beach, California. I am "readily familiar" with the firm's practice of collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2008, at Newport Beach, California.

_____
Elizabeth C. Root