# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>GROHE AMERICA, INC. et al., ,<br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 08cv207-JLS (WMc)<br><br>ORDER RE: TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE |

At the request of counsel, the Early Neutral Evaluation Conference (ENE) scheduled for March 7, 2008, will be held **TELEPHONICALLY at 11:30 a.m.** Parties may participate but are not required to participate. **Counsel for defendants are instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624.** All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.

IT IS SO ORDERED.

DATED: March 6, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court