UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, ) | Case No. 08-CV-207 JLS (WMc) |
| ) | |
| Plaintiff, ) | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |
| v. ) | |
| ) | |
| GROHE AMERICA, INC. AND DOES 1 TO 25, INCLUSIVE, ) | |
| ) | |
| Defendants. ) | |

On March 7, 2008 the Court convened a telephonic Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Robert Harker, Esq. Appearing for Defendant were Todd Worthe, Esq.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. Plaintiff's counsel shall provide the installer's name and contact information to counsel for defendant no later than 10 days after the date of this Court's order;

2. The Rule 26(f) conference shall be completed **before *April 2, 2008***;

3. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. **on or before *April 14, 2008.*** Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the

          anticipated dates for the completion of both non-expert discovery and expert discovery; and,

4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur **on or before** *April 18, 2008*;

5. <u>**Counsel and parties with full settlement authority**</u> are ordered to appear **IN PERSON** *on April 24, 2008* at *2:00 p.m.* in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Settlement / Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). <u>**Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain**</u>.

    Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

    **IT IS SO ORDERED.**

DATED: March 7, 2008

                                                          Hon. William McCurine, Jr.
                                                          U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE JANIS L. SAMMARTINO, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD