1    **WORTHE HANSON & WORTHE**
      A Law Corporation
2      1851 East First Street, Ninth Floor
      Santa Ana, California 92705
3       Telephone (714) 285-9600
      Facsimile (714) 285-9700
4       jworthe@whwlawcorp.com
      tworthe@whwlawcorp.com
5

6    JEFFREY A. WORTHE, SBN 080856
   TODD C. WORTHE, SBN 177452

7    Attorneys for Defendant, GROHE AMERICA, INC.

8            **UNITED STATES DISTRICT COURT**

9    **SOUTHERN DISTRICT OF CALIFORNIA  -  EDWARD J. SCHWARTZ COURTHOUSE**

| | |
|---|---|
| 10   AMCO INSURANCE COMPANY,      ) | **Case No.08-CV-207 JLS (WMc)** |
| 11                 Plaintiff,    ) | (SDSC Case No. 37-2007-00072924-CU-PL-CTL) |
| 12   v.                        ) | **[PROPOSED] ORDER PERMITTING DEFENDANT, GROHE AMERICA, INC., TO FILE AND SERVE THIRD PARTY COMPLAINT AGAINST VOSS PLUMBING** |
| 13   GROHE AMERICA, INC., AND DOES 1 TO ) | |
| 14   25, INCLUSIVE,           ) | |
| 15            Defendants.    ) | |
| 16                        ) | Complaint Filed: August 10, 2007 |

17

18      **GOOD CAUSE APPEARING THEREFORE** and pursuant to Stipulation by

19   and between the parties and their respective attorneys of record, having said authority

20   to so stipulate it is hereby ordered that **GROHE** may file and serve its Third-Party

21   Complaint against Voss Plumbing (entity unknown) (**"VOSS"**)

22      **IT IS SO ORDERED.**

23

24   DATED: _____

25                         HONORABLE JUDGE OF THE U.S.
                        DISTRICT COURT -
26                         JANIS L. SAMMARTINO

27

28

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE (714) 285-9600