**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, GROHE AMERICA, INC.

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA  -  EDWARD J. SCHWARTZ COURTHOUSE

| | |
|---|---|
| AMCO INSURANCE COMPANY, | **Case No.08-CV-207 JLS (WMc)** |
| Plaintiff, | (SDSC Case No. 37-2007-00072924-CU-PL-CTL) |
| v. | **ORDER PERMITTING DEFENDANT, GROHE AMERICA, INC., TO FILE AND SERVE THIRD PARTY COMPLAINT AGAINST VOSS PLUMBING** |
| GROHE AMERICA, INC., AND DOES 1 TO 25, INCLUSIVE, | |
| Defendants. | Complaint Filed: August 10, 2007 |

   **GOOD CAUSE APPEARING THEREFORE** and pursuant to Stipulation by and between the parties and their respective attorneys of record, having said authority to so stipulate it is hereby ordered that **GROHE** may file and serve its Third-Party Complaint against Voss Plumbing (entity unknown) ("**VOSS**")

   **IT IS SO ORDERED.**

DATED:  April 1, 2008

_Janis L. Sammartino_____
Honorable Janis L. Sammartino
United States District Judge

WORTHE HANSON & WORTHE
1851 EAST FIRST ST... NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600