AO 441 (Rev. 5/85) Third Pary Summons in a Civil Action

# United States District Court

**DISTRICT OF**

PLAINTIFF

V. DEFENDANT AND THIRD PARTY PLAINTIFF

THIRD PARTY SUMMONS
IN A CIVIL ACTON

CASE NUMBER

V. THIRD PARTY DEFENDANT

To: (Name and address of Third Party Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (NAME AND ADDRESS)

an answer to the third-party complaint which is herewith served upon you within ____ days after the service of the summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering to the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the third party plaintiff.

CLERK

DATE

(BY) DEPUTY CLERK

::ODMA\PCDOCS\WORDPERFECT\28671\1 June 22, 2000 (1:55pm)

AO 441 (Rev. 5/85) Third Pary Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and the complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

    Served personally upon the third-party defendant. Place where served:

    Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:
    Return unexecuted:

    Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 Date

_____
Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.