AO 441 (Rev. 5/85) Third Pary Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 APR -9 AM 11: 03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNH _____ DEPUTY

PLAINTIFF

AMCO INSURANCE COMPANY

V. DEFENDANT AND THIRD PARTY PLAINTIFF

GROHE AMERICA, INC.

THIRD PARTY SUMMONS
IN A CIVIL ACTON

CASE NUMBER 08-CV-207 JLS (WMc)

V. THIRD PARTY DEFENDANT

VOSS PLUMBING

To: (Name and address of Third Party Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (NAME AND ADDRESS) |
|---|---|
| Robert J. Harker, Esq.<br>Law Offices of Goates & Beavers<br>1201 Dove Street, Ste. 300<br>Newport Beach, CA 92660<br>949-250-5551 Office | Todd C. Worthe, Esq.<br>Worthe Hanson & Worthe<br>1851 E. First Street St., Ninth Fl.<br>Santa Ana, CA 92705<br>714-285-9600 Office |

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of the summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering to the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the third party plaintiff.

W. SAMUEL HAMRICK, JR.

_____       APR 0 9 2008
CLERK   K. HAMMERLY              DATE

_____
(BY) DEPUTY CLERK

::ODMA\PCDOCS\WORDPERFECT\28671\1 June 22, 2000 (1:55pm)