**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
tworthe@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, GROHE AMERICA, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## EDWARD J. SCHWARTZ COURTHOUSE

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GROHE AMERICA, INC., AND DOES 1 TO 25, INCLUSIVE,<br><br>Defendants. | Case No. 08-CV-207 JLS (WMc)<br>(SDSC Case No. 37-2007-00072924-CU-PL-CTL)<br><br>**STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Complaint Filed: August 10, 2007 |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

**COME NOW** the parties including Plaintiff, AMCO INSURANCE COMPANY ("**AMCO**"), by and through their respective attorneys of record Robert J. Harker, Esq., of Goates & Beavers, and GROHE AMERICA, INC. ("**GROHE**"), by and through its respective attorneys of record Todd C. Worthe, Esq., of Worthe Hanson & Worthe, with said attorneys having authority to so stipulate and stipulate to the following:

In light of the recent addition and Third-Party Complaint filed by **GROHE** against VOSS PLUMBING ("**VOSS**"), the parties agree that the Early Neutral Evaluation Conference ("**ENE**") presently scheduled for Thursday, April 24, 2008,

1

1. should be continued to a date certain and after **VOSS** has appeared in the action. It is
2. further stipulated that the ENE Conference be continued due to a scheduling conflict
3. of **GROHE**'s principal, HDI-Gerling Insurance Company. HDI-Gerling Insurance
4. Company wants to appear with full settlement authority and has a calendaring conflict
5. on this date. The parties agree that the ENE Conference take place on Friday, July
6. 11, 2008, in order to have sufficient time in which to allow **VOSS** to appear and file a
7. Responsive Pleading. All proposed dates have been approved by the parties and their
8. counsel.

**IT IS SO STIPULATED.**

DATED: April 15, 2008                **WORTHE HANSON & WORTHE**

By:_____
TODD C. WORTHE, ESQ.
Attorneys for Defendant, GROHE
AMERICA, INC.

DATED: April 15, 2008                **GOATES & BEAVERS**

By:_____
ROBERT J. HARKER, ESQ.
Attorneys for Plaintiff, AMCO
INSURANCE CO.

2