UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, ) | Case No. 08-CV-207 JLS (WMc) |
| ) | |
| Plaintiff, ) | **ORDER DENYING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE [DOC. NO. 21]** |
| v. ) | |
| ) | |
| GROHE AMERICA, INC. AND DOES 1 TO 25, INCLUSIVE, ) | |
| ) | |
| Defendants. ) | |

On April 16, 2008, the parties filed an erroneously captioned joint motion to continue early neutral evaluation conference. [Doc. No. 21.] On March 7, 2008, the Court held a telephonic Early Neutral Evaluation Conference ("ENE") in the above entitled action. [*See* Minute Entry at Doc. No. 13-14.] Following the ENE, the Court issued an order requiring compliance with Rule 26 of the Federal Rules of Civil Procedure and set a Settlement Conference/Case Management Conference for April 24, 2008. [Doc. No. 12.]

The parties' request for a three-month continuance of the April 24, 2008 Case Management Conference is **DENIED**. The parties are ordered to participate in a telephonic status conference **on April 22, 2008 at 9:15 a.m.** to discuss alleged scheduling conflicts with the April 24, 2008 date previously scheduled by the Court more than a month ago. **Counsel for Defendant Grohe** shall contact opposing counsel and then initiate a joint call to the Court at (619) 557-6624 on the day and at the time indicated above.

///

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: April 17, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE JANIS L. SAMMARTINO, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD