UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY,   )<br>                                                )<br>                  Plaintiff,          )<br>                                                )<br>v.                                          )<br>                                                )<br>GROHE AMERICA, INC. AND DOES 1 TO )<br>25, INCLUSIVE,                       )<br>                                                )<br>                  Defendants.    ) | Case No. 08-CV-207 JLS (WMc)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On April 22, 2008, the Court held a telephonic Status Conference in the above entitled action. Robert Harker appeared for Plaintiff. Jeffrey Worthe appeared for Defendant.

After hearing from counsel of record, the Court hereby **CONTINUES** the April 24, 2008 Settlement / Case Management Conference to **May 30, 2008 at 9:30 a.m.** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101.

**Counsel and parties with full settlement authority** are ordered to appear **IN PERSON. Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain**.

1  Plaintiff's counsel shall give written notice of the Settlement / Case Management Conference
2  to new parties to this matter. It is further ordered that Voss Plumbing and counsel shall also appear
3  at the May 30, 2008 Settlement / Case Management Conference.
4  Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619)
5  557-6624.
6  **IT IS SO ORDERED.**
7  DATED: April 22, 2008

                                                                    _____
                                                                    Hon. William McCurine, Jr.
                                                                    U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE JANIS L. SAMMARTINO, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD