ROBERT J. HARKER, ESQ. (SBN 213440)
**LAW OFFICES OF GOATES & BEAVERS**
1201 Dove Street, Ste 300
Newport Beach, CA 92660
Telephone: (949) 250-5551
Facsimile: (949) 250-5555
(Our File No. 07-439)
harkerr1@nationwide.com
Attorneys for Plaintiff, AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### EDWARD J. SCHWARTZ COURTHOUSE

| | |
|---|---|
| AMCO INSURANCE COMPANY,  Plaintiff,  vs.  GROHE AMERICA, INC.; VOSS PLUMBING; and DOES 1 TO 25 inclusive,  Defendants. | Case No. 08-CV-207JLS (WMc) (SDSC Case No. 37-2007-00072924-CU-PL-CTL)  **STIPULATION FOR FILING OF AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff, AMCO INSURANCE COMPANY ("AMCO") and Defendant GROHE AMERICA, INC. ("GROHE") by and through their respective attorneys of record herein, that AMCO may file an Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that AMCO'S original Complaint is amended for the purpose of adding Defendant, VOSS PLUMBING.

/ / /

/ / /

/ / /

1

STIPULATION FOR FILING AMENDED COMPLAINT
Case No. 08-CV-207JLS (WMc)

IT IS FURTHER STIPULATED that GROHE waives notice and service of the Amended Complaint and shall not be required to Answer the amendment, and that all denials, responses and affirmative defenses contained in the Answer filed by GROHE to the original Complaint shall be responsive to the Amended Complaint.

**IT IS SO STIPULATED**

                                                **LAW OFFICES OF GOATES & BEAVERS**

Dated: _____, 2008        By: _____
                                                ROBERT J. HARKER, Esq.
                                                Attorneys for Plaintiff,
                                                AMCO INSURANCE COMPANY

                                                **WORTHE, HANSON & WORTHE**

Dated: April 30, 2008        By: _____
                                                TODD C. WORTHE, Esq.
                                                Attorneys for Defendant,
                                                GROHE AMERICA, INC.