ROBERT J. HARKER, ESQ. (SBN 213440)
**LAW OFFICES OF GOATES & BEAVERS**
1201 Dove Street, Ste 300
Newport Beach, CA 92660
Telephone: (949) 250-5551
Facsimile:  (949) 250-5555
(Our File No. 07-439)
harkerr1@nationwide.com

Attorneys for Plaintiff AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# EDWARD J. SCHWARTZ COURTHOUSE

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>GROHE AMERICA, INC.; VOSS PLUMBING; and DOES 1 TO 25 inclusive,<br><br>  Defendants.<br>_____ | Case No. 08-CV-207JLS (WMc)<br>(SDSC Case No. 37-2007-00072924-CU-PL-CTL)<br><br>**ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

BASED UPON the joint motion and stipulation of the parties, and the motion having been made by Plaintiff AMCO INSURANCE COMPANY to file its First Amended Complaint, and GOOD CAUSE APPEARING THEREFOR,

**IT IS HEREBY ORDERED** that Plaintiff AMCO INSURANCE COMPANY may immediately file and serve its First Amended Complaint, a copy of which is attached hereto, for the purpose of adding VOSS PLUMBING as a further Defendant.

**IT IS FURTHER ORDERED** that a Summons be issued to allow service upon Defendant VOSS PLUMBING.

DATED: June 3, 2008                  _____
                                      Janis L. Sammartino
                                      UNITED STATES DISTRICT COURT JUDGE