Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN -3 PM 2:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ca___ DEPUTY

AMCO INSURANCE COMPANY
Plaintiff

vs

GROHE AMERICA, INC.; VOSS PLUMBING; and DOES 1 TO 25 inclusive;
Defendants

**SUMMONS IN A CIVIL ACTION**
Case No. 08-CV-207JLS (WMc)
FIRST AMENDED COMPLAINT

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ROBERT J. HARKER, ESQ. (SBN 213440)
LAW OFFICES OF GOATES & BEAVERS
1201 Dove Street, Ste 300
Newport Beach, CA 92660  Tel: (949) 250-5551

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    6/3/08
CLERK                                      DATE

By B. [illegible] , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

COPY