ROBERT J. HARKER, ESQ. (SBN 213440)
**LAW OFFICES OF GOATES & BEAVERS**
1201 Dove Street, Ste 300
Newport Beach, CA 92660
Telephone: (949) 250-5551
Facsimile:  (949) 250-5555
(Our File No. 07-439)
harkerr1@nationwide.com
Attorneys for Plaintiff AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# EDWARD J. SCHWARTZ COURTHOUSE

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GROHE AMERICA, INC.; VOSS PLUMBING; and DOES 1 TO 25 inclusive,<br><br>Defendants. | **Case No. 08-CV-207JLS (WMc)**<br>(SDSC Case No. 37-2007-00072924-CU-PL-CTL)<br><br>**PLAINTIFF'S NOTICE OF INSPECTION AND DESTRUCTIVE TESTING**<br><br>Date:   July 22, 2008<br>Time:   10:00 a.m.<br>Place:  CRT Laboratories, Inc.<br>         1680 North Main Street<br>         Orange, CA 92867 |

**TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that an inspection including but not limited to destructive testing will take place on the shower valve involved in the within-entitled matter as follows:

Date:       July 22, 2008

Time:       10:00 a.m.

Place:      CRT Laboratories, Inc.
            1680 North Main Street
            Orange, CA 92867
            Phone:  (714) 283-2032

1

**PLAINTIFF'S NOTICE OF INSPECTION AND DESTRUCTIVE TESTING**
Case No. 08-CV-207JLS (WMc)

All parties have been previously notified by telephone to appear and have their respective expert(s) available.

Dated: June 23, 2008                    LAW OFFICES OF GOATES & BEAVERS

By _____
ROBERT J. HARKER
Attorneys for Plaintiff AMCO INSURANCE COMPANY

# PROOF OF SERVICE BY MAIL (1013a, 2015.5 C.C.P.)

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 1201 Dove Street, Ste 300, Newport Beach, CA 92660.

On June 23, 2008, I served the within **PLAINTIFF'S NOTICE OF INSPECTION AND DESTRUCTIVE TESTING** in the within entitled action addressed as follows:

| | |
|---|---|
| Jeffrey A. Worthe, Esq.<br>Todd C. Worthe, Esq.<br>Worth Hanson & Worthe<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705<br>Tel: (714) 285-9600<br>Fax: (714) 285-9700 | Attorney for Defendant GROHE AMERICA, INC. |
| Mark S. Siegel, Esq.<br>Abt & Siegel<br>401 West A Street, Suite 1730<br>San Diego, CA 92101<br>Tel: (619) 236-9796<br>Fax: (619) 236-9096 | Attorney for Defendant VOSS PLUMBING |

X    BY ELECTRONIC FILING, by attaching a PDF copy of the within document into the Electronic Filing System of the within Court by the method prescribed by the Court's directions.

X    BY MAIL: I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Newport Beach, California. I am "readily familiar" with the firm's practice of collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2008 at Newport Beach, California.

_____
Elizabeth C. Root