ROBERT J. HARKER, Esq. (SBN 213440)
**LAW OFFICES OF GOATES & BEAVERS**
1201 Dove Street, Ste 300
Newport Beach, CA 92660
Telephone: (949) 250-5551
Facsimile: (949) 250-5555
(Our File No. 07-439)
harkerr1@nationwide.com
Attorneys for Plaintiff AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# EDWARD J. SCHWARTZ COURTHOUSE

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GROHE AMERICA, INC.; VOSS PLUMBING; and DOES 1 TO 25 inclusive,<br><br>Defendants. | Case No. **08-CV-207JLS (WMc)**<br>(SDSC Case No. 37-2007-00072924-CU-PL-CTL)<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT VOSS PLUMBING**<br><br>JURY TRIAL REQUESTED |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

Defendant VOSS PLUMBING has not filed a responsive pleading in the above-entitled action. Dismissal as a matter of right may still be made by plaintiff.

You are therefore hereby requested to enter a dismissal without prejudice as to Defendant **VOSS PLUMBING only** as it concerns this Complaint.

Dated: June 27, 2008              LAW OFFICES OF GOATES & BEAVERS

                                  By _____
                                     ROBERT J. HARKER
                                     Attorneys for Plaintiff AMCO INSURANCE CO.

1

**PROOF OF SERVICE BY MAIL (1013a, 2015.5 C.C.P.)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I, the undersigned, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 1201 Dove Street, Ste 300, Newport Beach, CA 92660.

On June 27, 2008, I served the within **PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT VOSS PLUMBING** in the within entitled action addressed as follows:

| | |
|---|---|
| Jeffrey A. Worthe, Esq.<br>Todd C. Worthe, Esq.<br>Worth Hanson & Worthe<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705<br>Tel: (714) 285-9600<br>Fax: (714) 285-9700 | Attorney for Defendant GROHE AMERICA, INC. |
| Mark S. Siegel, Esq.<br>Abt & Siegel<br>401 West A Street, Suite 1730<br>San Diego, CA 92101<br>Tel: (619) 236-9796<br>Fax: (619) 236-9096 | Attorney for Defendant VOSS PLUMBING |

X_____ BY ELECTRONIC FILING, by attaching a PDF copy of the within document into the Electronic Filing System of the within Court by the method prescribed by the Court's directions.

__X__ BY MAIL: I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Newport Beach, California. I am "readily familiar" with the firm's practice of collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2008 at Newport Beach, California.

_____
Elizabeth C. Root