ROBERT J. HARKER, ESQ. (SBN 213440)
**LAW OFFICES OF GOATES & BEAVERS**
1201 Dove Street, Ste 300
Newport Beach, CA 92660
Telephone: (949) 250-5551
Facsimile: (949) 250-5555
(Our File No. 07-439)
harkerr1@nationwide.com
Attorneys for Plaintiff AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# EDWARD J. SCHWARTZ COURTHOUSE

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GROHE AMERICA, INC.; VOSS PLUMBING; and DOES 1 TO 25 inclusive,<br><br>Defendants. | Case No. 08-CV-207JLS (WMc)<br>(SDSC Case No. 37-2007-00072924-CU-PL-CTL)<br><br>**PLAINTIFF'S NOTICE OF EXPERT DISCLOSURE**<br><br>FRCP 26(a)(2)(B) |

**TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

Plaintiff AMCO Insurance Company ("AMCO") by and through its undersigned attorney, hereby makes the following expert disclosure pursuant to *Federal Rule of Civil Procedure* 26. Said expert has agreed to testify in the above-captioned matter.

**EXPERT**

Scott Meek, B.S.
Forensic Engineering Consultants, LLC
2512 Chambers Road, Suite 208
Tustin, CA 92780

**WRITTEN REPORTS:**

Scott Meek has prepared written reports.

**QUALIFICATIONS OF EXPERT:**

Refer to attached Curriculum Vitae.

**COMPENSATION:**

Refer to Scott Meek's Fee Schedule attached to Curriculum Vitae.

**OTHER CASES LAST FOUR YEARS:**

Plaintiff's expert avers that he has not testified for plaintiff in the past four years.

**AVAILABILITY FOR DEPOSITION:**

Plaintiff's expert will be available for deposition on a date and time convenient to all parties and their respective counsel of record.

**DEFENDANTS NOT AUTHORIZED TO CONTACT EXPERTS:**

Defendants **are not** authorized to communicate directly with Plaintiff's experts. All deposition arrangements should be made through counsel for the Plaintiff.

Dated: September 12, 2008          LAW OFFICES OF GOATES & BEAVERS

By _____
ROBERT J. HARKER
Attorneys for Plaintiff AMCO INSURANCE COMPANY

 Forensic Engineering Consultants, LLC

2512 Chambers Road, Suite 208, Tustin, CA 92780
Scott@ForEnCon.com   www.ForEnCon.com
(714) 573-4006   FAX (714) 573-4608

# SCOTT MEEK

| | |
|---|---|
| **PROFESSION:** | Consulting Engineer |
| | Accident Reconstruction and Failure Analysis involving Mechanical Engineering and Materials Science |
| **EDUCATION:** | B.S., Mechanical Engineering, Rice University, 1974<br>B.A. Qualified, Materials Science, Rice University, 1974 |
| **PROFESSIONAL BACKGROUND:** | Forensic Engineering Consultants, Co-owner, 1996 - present<br>Truesdail Laboratories, Consulting Engineer, 1981 - 1996<br>Meek & Associates, Owner, 1980 - 1988<br>Southwestern Laboratories, Metallurgist, 1974 - 1979 |
| **CONSULTING EXPERIENCE:** | 33 Years; 2,000+ Cases/Investigations |
| | Examples of Accident Reconstructions: Highway Accidents, Head Lamp Status, Crashworthiness, Guarding of Machinery, Structural Collapses, Lifting Equipment, Explosions … |
| | Examples of Failure Analyses: Automotive Components, Consumer Products, Industrial Equipment, Welds, Medical Devices/Equipment, Pressurized Containers, Piping, Fasteners … |
| **TESTIMONY EXPERIENCE:** | ~200 Depositions<br>~20 Arbitration Appearances<br>~35 Court Appearances |
| | Testimony in Municipal, Superior, District and Federal courts in California, Nevada, New Mexico, Oklahoma, Texas and Louisiana |
| | Plaintiff / Defense Ratio: ~55 / 45 |
| **PROFESSIONAL AFFILIATIONS:** | ASM International (formerly American Society for Metals)<br>American Welding Society<br>National Association of Corrosion Engineers<br>International Metallographic Society<br>Society of Plastics Engineers<br>Registered Professional Engineer, State of Texas No. 44413 |
| **PERSONAL:** | 56 Years Old; Married<br>Skydiving World Champion, 1983 & 1985 |

1-1-08

*Accident Reconstruction   •   Failure Analysis   •   Slip/Trip & Falls   •   Fire Cause & Origin*



**Forensic Engineering Consultants, LLC**

2512 Chambers Road, Suite 208, Tustin, CA 92780
Scott@ForEnCon.com   www.ForEnCon.com
(714) 573-4006   FAX (714) 573-4608

# FEE SCHEDULE

### Consulting Services:

| | |
|---|---|
| General | $300.00 per hour |
| Testimony (deposition, arbitration & trial) | $300.00 per hour |

### Mileage (portal to portal):    $.58 per mile

### Miscellaneous:

| | |
|---|---|
| Travel expenses (airfare, car rental, hotel, meals …) | at our cost |
| Material shipping, photo enlargements, … | At our cost |
| Outside/contract services | At our cost |

1-1-08

*Accident Reconstruction   •   Failure Analysis   •   Slip/Trip & Falls   •   Fire Cause & Origin*

## PROOF OF SERVICE BY MAIL (1013a, 2015.5 C.C.P.)

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 1201 Dove Street, Ste 300, Newport Beach, CA 92660.

On September 12, 2008, I served the within **PLAINTIFF'S NOTICE OF EXPERT DISCLOSURE** in the within entitled action addressed as follows:

| | |
|---|---|
| Jeffrey A. Worthe, Esq.<br>Todd C. Worthe, Esq.<br>Worth Hanson & Worthe<br>1851 East First Street, Ninth Floor<br>Santa Ana, CA 92705<br>Tel: (714) 285-9600<br>Fax: (714) 285-9700 | Attorney for Defendant GROHE AMERICA, INC. |
| Mark S. Siegel, Esq.<br>Abt & Siegel<br>401 West A Street, Suite 1730<br>San Diego, CA 92101<br>Tel: (619) 236-9796<br>Fax: (619) 236-9096 | Attorney for Defendant VOSS PLUMBING |

X    BY ELECTRONIC FILING, by attaching a PDF copy of the within document into the Electronic Filing System of the within Court by the method prescribed by the Court's directions.

  X    BY MAIL: I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Newport Beach, California. I am "readily familiar" with the firm's practice of collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2008 at Newport Beach, California.

Elizabeth C. Root